IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN WESLEY PARHAM, JR., #86003-020                                              PETITIONER

VERSUS                                                   CIVIL ACTION NO. 5:08cv273-DCB-MTP

UNITED STATES OF AMERICA, et al.                                                RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice as to the jurisdictional issue, and without prejudice regarding all other issues.

SO ORDERED AND ADJUDGED, this the   27th   day of   October  , 2008.


                                           s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE